Robert D. JOHNSTON; Melanie K. Johnston, Appellants.

v.

Jason BRISCO, in his Official Capacity as Harrison, Arkansas Patrolman and in his Personal Capacity; Chief of Police Lyle Smith, in his Official Capacity as Harrison, Arkansas Police Chief and in his Personal Capacity; Johnny L. Nichols, in his Official Capacity as State of Arkansas Practicing Attorney and in his Personal Capacity; Erwin L. Davis, in his Official Capacity as State of Arkansas Practicing Attorney and in his Personal Capacity; Gordon Webb, in his Official Capacity as Boone County, Arkansas Circuit Court Judge and in his Personal Capacity; John Putman, in his Official Capacity as Boone County Arkansas Circuit Court Judge and in his Personal Capacity; Gary B. Isbell, in his Official Capacity as Baxter County Arkansas Circuit Court Judge and in his Personal Capacity; Danny Hickman, in his Official Capacity as Boone County, Arkansas Sheriff and in his Personal Capacity; Jason Day, in his Official Capacity as Boone County, Arkansas Deputy Sheriff/Jail Administrator and in his personal capacity; Trish Smith, in her Official Capacity as Supervisor Arkansas Department of Human Services, Division of Children and Family Services and in her personal capacity; James Johnson, in his Official Capacity as Investigator/Family Service Worker of Arkansas Department of Human Services Division of Children and Family Services and in his Personal Capacity; Paul Woodruff; Ronald P. Kincade; Christopher Carter; Michael Dodson; Joseph Paul Smith, Appellees.

No. 07–3180.

United States Court of Appeals, Eighth Circuit.

Submitted: July 28, 2009.

Filed: July 29, 2009.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Robert and Melanie Johnston appeal from the district court's[1] adverse judgment dismissing their civil-rights action. After careful review, we find no basis for

---

Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the reports and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, now retired, and the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

reversal and we affirm. *See* 8th Cir. R. 47B.